reasons.  First, Plaintiffs fail to identify the corporate Defendant's one principal place

-3-