reasons. First, Plaintiffs fail to identify the corporate Defendant's one principal place